IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 33

| | | |
|---|---|---|
| AARON VON PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| U.S. GEAR TOOLS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on W. Perry Fisher, II's Application for Admission to Practice *Pro Hac Vice* of James A. Goldstein. It appearing that James A. Goldstein is a member in good standing with the Georgia State Bar and will be appearing with W. Perry Fisher, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that W. Perry Fisher, II's Application for Admission to Practice *Pro Hac Vice* (#2) of James A. Goldstein is **GRANTED**,

and that James A. Goldstein is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Perry Fisher, II.

Signed: February 23, 2015

Dennis L. Howell
United States Magistrate Judge