IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 33

| | |
|---|---|
| AARON V. PRICE, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| U.S. GEAR TOOLS, INC., TEXTRON ) | |
| INC., and MICROMATIC LLC, ) | |
| ) | |
| Defendants ) | |

**PENDING** before this Court is a motion for an extension to of time to produce expert reports (#22) and Defendants do not object to the extension of time. Upon a review of the motion and the record, the Court **GRANTS** the motion (#22). The Court **EXTENDS** the deadline for Plaintiff to produce any expert reports until December 2, 2015 and the deadline for Defendants until January 15, 2016. No further extension shall be granted by the Court to extend the expert report deadline.

Signed: August 24, 2015

Dennis L. Howell
United States Magistrate Judge

1