# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15cv33

| | |
|---|---|
| AARON PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     ORDER |
| | ) |
| U.S. GEAR TOOLS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is the Consent Motion to Substitute Party [# 24]. Upon a review of the consent motion and the record, the Court **GRANTS** the motion [# 24]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** Thomas H. Price, as Administrator of the Estate of Aaron v. Price, Deceased as the Plaintiff in this case.

Signed: October 8, 2015

Dennis L. Howell
United States Magistrate Judge