**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 33**


THOMAS H. PRICE, Administrator of the )
Estate of Aaron V. Price, Deceased, )
                                   )
     Plaintiff                        )
                                       )      **ORDER**
**v**                                 )
                                       )
U.S. GEAR TOOLS, INC., TEXTRON, INC., )
AECOM, INC., and MICROMATIC, LLC, )
                                     )
     Defendants.                 )


       **THIS MATTER** is before the undersigned upon the Plaintiff's Motion to Add

Additional Party Defendant, to File Amended Complaint and to Extend Discovery

(#26).  The Court first notes that upon the caption of Plaintiff's motion, the Plaintiff

has incorrectly stated the file number in this matter as 1:15cv35.  The correct file

number is 1:15cv33.  An examination of this motion further shows that Plaintiff has

failed to comply with LCvR 7.1(C).  That Rule provides as follows:

> **(C)    Requirement of Briefs.**  Briefs shall be filed contemporaneously
> with the motion, except no brief is required in support of timely motions
> for extension of time, continuances, admission *pro hac vice*, or early
> discovery.  Exhibits in support of a brief shall be attached as appendices
> as specified in the Administrative Procedures.  Factual contentions shall
> be supported as specifically as possible by citation to exhibit number
> and page.

The Plaintiff has not filed a brief contemporaneously with the filing of

Plaintiff's motion and as a result, the motion will be denied without prejudice.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Plaintiff's Motion to Add Additional Party Defendant, to File Amended Complaint and to Extend Discovery (#26) is **DENIED** without prejudice.

Signed: November 13, 2015

Dennis L. Howell
United States Magistrate Judge