# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| THOMAS H. PRICE, Administrator of | ) | JUDGMENT IN CASE |
| The Estate of Aaron V. Price, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00033-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. Gear Tools, Inc. | ) | |
| Micromatic, LLC | ) | |
| Textron, Inc, | ) | |
| Defendants. | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court